**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re: § Case No. 12-31820-DSO
§
MARK G FINLEY §
CYNTHIA A FINLEY §
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/26/2012. The undersigned trustee was appointed on 04/27/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,950.13

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2,038.55 |
   | Bank service fees | $40.75 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,870.83 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/09/2012 and the deadline for filing government claims was 10/26/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,645.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,645.01, for a total compensation of $1,645.01[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $38.86, for total expenses of $38.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/20/2013      By: /s/ Collene K. Corcoran
                                                                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 12-31820-DSO | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | Date Filed (f) or Converted (c): | 04/26/2012 (f) |
| For the Period Ending: | 3/20/2013 | §341(a) Meeting Date: | 06/11/2012 |
| | | Claims Bar Date: | 10/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE - 4567 MT. BRIGHTON DR., BRIGHTON, MI | $75,000.00 | $0.00 | | $0.00 | FA |
| 2 | RENTAL PROPERTY-DUPLEX- 19/21 MAPLECREST, HOWELL, | $75,000.00 | $0.00 | | $0.00 | FA |
| 3 | RENTAL PROPERTY-DUPLEX-5228 VANWINKLE, BRIGHTON, M | $98,000.00 | $0.00 | | $0.00 | FA |
| 4 | RENTAL PROPERTY-DUPLEX-5212/5214 VANWINKLE, BRIGHT | $98,000.00 | $0.00 | | $0.00 | FA |
| 5 | CASH ON HAND | $100.00 | $0.00 | | $0.00 | FA |
| 6 | LAKE TRUST CREDIT UNION CHECKING ACCOUNT ENDING IN | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | LAKE TRUST CREDIT UNION SAVINGS ACCOUNT ENDING IN | $16.00 | $0.00 | | $0.00 | FA |
| 8 | LAKE TRUST CREDIT UNION BUSINESS (CINMAR, LLC) CHE | $224.00 | $0.00 | | $0.00 | FA |
| 9 | LAKE TRUST CREDIT UNION BUSINESS (CINMAR, LLC) SAV | $8.00 | $0.00 | | $0.00 | FA |
| 10 | LAKE TRUST CREDIT UNION CHECKING ACCOUNT ENDING IN | $100.00 | $0.00 | | $0.00 | FA |
| 11 | LAKE TRUST CREDIT UNION SAVINGS ACCOUNT ENDING IN | $6.00 | $0.00 | | $0.00 | FA |
| 12 | LAKE TRUST CREDIT UNION BUSINESS (FINC, LLC) CHEC | $4.00 | $0.00 | | $0.00 | FA |
| 13 | LAKE TRUST CREDIT UNION BUSINESS (FINCO, LLC) SAVI | $6.00 | $0.00 | | $0.00 | FA |
| 14 | LAKE TRUST CREDIT UNION BUSINESS (ANNGOR, LLC) CHE | $1,144.00 | $0.00 | | $0.00 | FA |
| 15 | LAKE TRUST CREDIT UNION BUSINESS (ANNGOR, LLC.) SA | $10.00 | $0.00 | | $0.00 | FA |
| 16 | HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | $0.00 | | $0.00 | FA |
| 17 | CLOTHING | $400.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-31820-DSO | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | Date Filed (f) or Converted (c): | 04/26/2012 (f) |
| For the Period Ending: | 3/20/2013 | §341(a) Meeting Date: | 06/11/2012 |
| | | Claims Bar Date: | 10/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | CLOTHING | $400.00 | $0.00 | | $0.00 | FA |
| 19 | SILVER WEDDING BAND | $100.00 | $0.00 | | $0.00 | FA |
| 20 | WHITE GOLD WEDDING RING, ONE SET OF GOLD EARRINGS, | $700.00 | $0.00 | | $0.00 | FA |
| 21 | TERM LIFE INSURANCE THROUGH EMPLOYER (FACE VALUE $ | $0.00 | $0.00 | | $0.00 | FA |
| 22 | TERM LIFE INSURANCE THROUGH EMPLOYER FOR SPOUSE (F | $0.00 | $0.00 | | $0.00 | FA |
| 23 | 401 K PLAN WITH FIDELITY INCLUDING ROLLOVER IRA | $104,663.00 | $0.00 | | $0.00 | FA |
| 24 | FINCO LLC (RENTAL PROPERTY) | $0.00 | $0.00 | | $0.00 | FA |
| 25 | CINMAR PROPERTIES LLC (RENTAL PROPERTY) | $0.00 | $0.00 | | $0.00 | FA |
| 26 | ANNGOR, LLC (RENTAL PROPERTY) | $0.00 | $0.00 | | $0.00 | FA |
| 27 | 2010 STATE INCOME TAX REFUND | $1,481.00 | $0.00 | | $0.00 | FA |
| 28 | 2011 FEDERAL $2,032 AND STATE $1,511 TAX REFUNDS | $3,543.00 | $0.00 | | $0.00 | FA |
| 29 | 2007 FORD F-150 | $14,000.00 | $0.00 | | $0.00 | FA |
| 30 | 2007 JEEP (JT OWNERSHIP WITH FATHER) 1/2 INTEREST | $4,000.00 | $0.00 | | $0.00 | FA |
| 31 | 2008 CHRYSLER TOWN & COUNTRY | $8,000.00 | $0.00 | | $0.00 | FA |
| 32 | 2000 STARCRAFT POP-UP CAMPER | $500.00 | $0.00 | | $0.00 | FA |
| 33 | TRAILER | $100.00 | $0.00 | | $0.00 | FA |
| 34 | 1 DOG AND 1 CAT | $100.00 | $0.00 | | $0.00 | FA |
| 35 | GARNISHED FUNDS TAKEN BY CITIBANK FROM LAKE TRUST | $3,709.04 | $0.00 | | $0.00 | FA |
| 36 | POST-PETITION RENTS (u) | $0.00 | $8,950.00 | | $8,950.00 | FA |
| 37 | void – this asset was created due to conversion of system | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $0.13 | FA |

| Case No.: | 12-31820-DSO | Trustee Name: | Collene K. Corcoran |
| --- | --- | --- | --- |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | Date Filed (f) or Converted (c): | 04/26/2012 (f) |
| For the Period Ending: | 3/20/2013 | §341(a) Meeting Date: | 06/11/2012 |
| | | Claims Bar Date: | 10/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $492,814.04 | $8,950.00 | | $8,950.13 | $0.00 |

**Major Activities affecting case closing:**
TFR TO UST

| Initial Projected Date Of Final Report (TFR): | 07/09/2014 | Current Projected Date Of Final Report (TFR): | 03/20/2013 | /s/ COLLENE K. CORCORAN |
| --- | --- | --- | --- | --- |
| | | | | COLLENE K. CORCORAN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-31820-DSO | Trustee Name: | Collene K. Corcoran |
| --- | --- | --- | --- |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******4587 | Checking Acct #: | ******0203 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 4/26/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/20/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2013 |  | BANK OF KANSAS CITY | Transfer Funds | 9999-000 | $6,870.83 |  | $6,870.83 |
|  |  |  | TOTALS: |  | $6,870.83 | $0.00 | $6,870.83 |
|  |  |  | Less: Bank transfers/CDs |  | $6,870.83 | $0.00 |  |
|  |  |  | Subtotal |  | $0.00 | $0.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | Net |  | $0.00 | $0.00 |  |

**For the period of 4/26/2012 to 3/20/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,870.83 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/12/2013 to 3/20/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,870.83 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 12-31820-DSO |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A |
| Primary Taxpayer ID #: | ******4587 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/26/2012 |
| For Period Ending: | 3/20/2013 |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | BANK OF KANSAS CITY |
| Checking Acct #: | ******0598 |
| Account Title: | Checking - Non Interest |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2012 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | $8,932.08 | | $8,932.08 |
| 10/18/2012 | 10001 | CHASE | POST-PETITION - mortgage payment Loan #1581882906 for Mark G. Finley and Cynthia A. Finley - 19/21 MAPLECREST DR., HOWELL - PER ORDER DATED 11/14/12 | 2990-000 | | $1,400.00 | $7,532.08 |
| 11/15/2012 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $6.23 | $7,525.85 |
| 12/03/2012 | 10002 | PALLAS, RICHARD | ACCOUNTANT FOR THE TRUSTEE FEES PER ORDER DATED 11/30/12 | 3410-000 | | $400.00 | $7,125.85 |
| 12/03/2012 | 10003 | PALLAS, RICHARD | ACCOUNTANT FOR THE TRUSTEE EXPESNES PER ORDER DATED 11/30/12 | 3420-000 | | $13.55 | $7,112.30 |
| 12/06/2012 | 10004 | STATE OF MICHIGAN | EMPLOYER ID NO: 35-6984587 - 2012 FORM MI-1041 | 2820-000 | | $225.00 | $6,887.30 |
| 12/14/2012 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $8.33 | $6,878.97 |
| 01/16/2013 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $8.14 | $6,870.83 |
| 02/12/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $6,870.83 | $0.00 |

SUBTOTALS    $8,932.08    $8,932.08

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-31820-DSO | **Trustee Name:** | | Collene K. Corcoran |
| **Case Name:** | FINLEY, MARK G AND FINLEY, CYNTHIA A | **Bank Name:** | | BANK OF KANSAS CITY |
| **Primary Taxpayer ID #:** | ******4587 | **Checking Acct #:** | | ******0598 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | | Checking - Non Interest |
| **For Period Beginning:** | 4/26/2012 | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 3/20/2013 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $8,932.08 | $8,932.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,932.08 | $6,870.83 | |
| | | | **Subtotal** | | $0.00 | $2,061.25 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,061.25 | |

**For the period of 4/26/2012 to 3/20/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,932.08 |
| | |
| Total Compensable Disbursements: | $2,061.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,061.25 |
| Total Internal/Transfer Disbursements: | $6,870.83 |

**For the entire history of the account between 10/12/2012 to 3/20/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,932.08 |
| | |
| Total Compensable Disbursements: | $2,061.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,061.25 |
| Total Internal/Transfer Disbursements: | $6,870.83 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 12-31820-DSO | | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | FINLEY, MARK G AND FINLEY, CYNTHIA A | | **Bank Name:** | Bank of America |
| **Primary Taxpayer ID #:** | ******4587 | | **Money Market Acct #:** | ******7368 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market - Interest Bearing |
| **For Period Beginning:** | 4/26/2012 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 3/20/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/09/2012 | (36) | JESSICA M. SMITH | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $625.00 | | $625.00 |
| 07/09/2012 | (36) | MALINDA FOX | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $1,325.00 |
| 07/11/2012 | (36) | ANDREW N. DOBEK II | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $2,025.00 |
| 07/11/2012 | (36) | BARBARA MCMILLEN | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $2,725.00 |
| 07/27/2012 | (36) | BARBARA MCMILLEN | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $3,425.00 |
| 07/30/2012 | (36) | ANDREW N. DOBEK II | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $4,125.00 |
| 07/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $4,125.01 |
| 08/06/2012 | (36) | MALINDA FOX | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $500.00 | | $4,625.01 |
| 08/06/2012 | (36) | MALINDA FOX | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $200.00 | | $4,825.01 |
| 08/27/2012 | (36) | BARBARA MCMILLEN | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $5,525.01 |
| 08/30/2012 | (36) | JESSICA M. SMITH | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $625.00 | | $6,150.01 |
| 08/31/2012 | (36) | ANDREW N. DOBEK II | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $6,850.01 |
| 08/31/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $6,850.05 |
| 08/31/2012 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $5.93 | $6,844.12 |
| 09/06/2012 | (36) | MALINDA FOX | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $7,544.12 |
| 09/26/2012 | (36) | ANDREW N. DOBEK II | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $8,244.12 |

**SUBTOTALS**　$8,250.05　$5.93

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5  Exhibit B

| Case No. | 12-31820-DSO | Trustee Name: | Collene K. Corcoran |
| --- | --- | --- | --- |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | Bank Name: | Bank of America |
| Primary Taxpayer ID #: | ******4587 | Money Market Acct #: | ******7368 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market - Interest Bearing |
| For Period Beginning: | 4/26/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/20/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2012 | (36) | BARBARA MCMILLEN | POST-PETITION RENT - PER ORDER DATED 11/14/12 AND 10/16/12 | 1222-000 | $700.00 | | $8,944.12 |
| 09/28/2012 | (INT) | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $8,944.17 |
| 09/28/2012 | | Bank of America | BANK SERVICE FEE | 2600-000 | | $8.12 | $8,936.05 |
| 10/12/2012 | (INT) | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.03 | | $8,936.08 |
| 10/12/2012 | | Bank of America | BANK FEES | 2600-000 | | $4.00 | $8,932.08 |
| 10/12/2012 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | $8,932.08 | $0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| | TOTALS: | $8,950.13 | $8,950.13 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $8,932.08 | |
| | Subtotal | $8,950.13 | $18.05 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $8,950.13 | $18.05 | |

| For the period of 4/26/2012 to 3/20/2013 | | For the entire history of the account between 07/09/2012 to 3/20/2013 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $8,950.13 | Total Compensable Receipts: | $8,950.13 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,950.13 | Total Comp/Non Comp Receipts: | $8,950.13 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $18.05 | Total Compensable Disbursements: | $18.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.05 | Total Comp/Non Comp Disbursements: | $18.05 |
| Total Internal/Transfer Disbursements: | $8,932.08 | Total Internal/Transfer Disbursements: | $8,932.08 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6  Exhibit B

| | |
|---|---|
| **Case No.** | 12-31820-DSO |
| **Case Name:** | FINLEY, MARK G AND FINLEY, CYNTHIA A |
| **Primary Taxpayer ID #:** | ******4587 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 4/26/2012 |
| **For Period Ending:** | 3/20/2013 |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Bank Name:** | Bank of America |
| **Money Market Acct #:** | ******7368 |
| **Account Title:** | Money Market - Interest Bearing |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,950.13 | $2,079.30 | $6,870.83 |

**For the period of 4/26/2012 to 3/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,950.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,950.13 |
| Total Internal/Transfer Receipts: | $15,802.91 |
| | |
| Total Compensable Disbursements: | $2,079.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,079.30 |
| Total Internal/Transfer Disbursements: | $15,802.91 |

**For the entire history of the case between 04/26/2012 to 3/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $8,950.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,950.13 |
| Total Internal/Transfer Receipts: | $15,802.91 |
| | |
| Total Compensable Disbursements: | $2,079.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,079.30 |
| Total Internal/Transfer Disbursements: | $15,802.91 |

Exhibit C

# CLAIM ANALYSIS REPORT

| Case No.: | 12-31820-DSO | | Trustee Name: | Collene K. Corcoran |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | | Date: | 3/20/2013 |
| Claims Bar Date: | 10/09/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COLLENE K. CORCORAN<br>P.O. Box 535<br>Oxford MI 48371 | 03/07/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,645.01 | $1,645.01 | $0.00 | $0.00 | $0.00 | $1,645.01 |
| | COLLENE K. CORCORAN<br>P.O. Box 535<br>Oxford MI 48371 | 03/06/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $38.86 | $38.86 | $0.00 | $0.00 | $0.00 | $38.86 |
| 1 | SUNTRUST MORTGAGE INC<br>Bankruptcy Department RVW 3034<br>P O Box 27767<br>Richmond VA 23261 | 07/26/2012 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $16,278.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | TRUSTEE DID NOT AMINISTER THE ASSET IN WHICH THE CREDITOR ASSERTS A SECURITY INTEREST - CLAIM WILL NOT BE PAID - IN RE: PADGETT | | | | | | | | | | | |
| 11 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 08/29/2012 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $154.25 | $154.25 | $0.00 | $0.00 | $0.00 | $154.25 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>World Financial Network Bank<br>PO Box 788<br>#XXX4383<br>Kirkland WA 980830788 | 07/31/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,139.99 | $1,139.99 | $0.00 | $0.00 | $0.00 | $1,139.99 |
| 3 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>#XXX1007<br>Malvern PA 193550701 | 08/02/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,674.97 | $2,674.97 | $0.00 | $0.00 | $0.00 | $2,674.97 |
| 4 | NELNET<br>3015 South Parker Road Suite 400<br>#XXX8003<br>Aurora CO 80014 | 08/02/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,900.00 | $54,900.00 | $0.00 | $0.00 | $0.00 | $54,900.00 |

| Case No.: | 12-31820-DSO | | | | | | | | | | Trustee Name: | Collene K. Corcoran |
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | | | | | | | | | | Date: | 3/20/2013 |
| Claims Bar Date: | 10/09/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>#XXX1004<br>Malvern PA 193550701 | 08/03/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,550.97 | $6,550.97 | $0.00 | $0.00 | $0.00 | $6,550.97 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>#XXX2845<br>Charlotte NC 282721083 | 08/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,112.54 | $2,112.54 | $0.00 | $0.00 | $0.00 | $2,112.54 |
| 7 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>#XXX6959<br>Charlotte NC 282721083 | 08/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $786.02 | $786.02 | $0.00 | $0.00 | $0.00 | $786.02 |
| 8 | ASSET ACCEPTANCE LLC<br>P O Box 2036<br>#XXX9783<br>Warren MI 48090 | 08/10/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,657.68 | $2,657.68 | $0.00 | $0.00 | $0.00 | $2,657.68 |
| 9 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>#XXX0924<br>Greensboro NC 27410 | 08/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,518.10 | $21,518.10 | $0.00 | $0.00 | $0.00 | $21,518.10 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>#XXX4739<br>Greenville SC 29602 | 08/28/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,419.56 | $8,419.56 | $0.00 | $0.00 | $0.00 | $8,419.56 |

| Case No.: | 12-31820-DSO | | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|---|
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | | | Date: | 3/20/2013 |
| Claims Bar Date: | 10/09/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 08/29/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,890.95 | $1,890.95 | $0.00 | $0.00 | $0.00 | $1,890.95 |

**Claim Notes:** (11-1) Priority (&#036;5329.75) and unsecured (&#036;10136.00) tax debt(11-2) Amended priority (&#036;154.25) and amended unsecured (1890.95) tax debt

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | RUSSELL COLLECTION<br>P O BOX 7009<br>#XXX9292<br>FLINT MI 48507 | 09/17/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $35.48 | $35.48 | $0.00 | $0.00 | $0.00 | $35.48 |
| 13 | CAPITAL ONE NA<br>c/o Becket and Lee LLP<br>POB 3001<br>#XXX0293<br>Malvern PA 193550701 | 09/20/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,638.43 | $1,638.43 | $0.00 | $0.00 | $0.00 | $1,638.43 |
| 14 | CAPITAL ONE NA<br>c/o Becket and Lee LLP<br>POB 3001<br>#XXX1322<br>Malvern PA 193550701 | 09/24/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,572.55 | $1,572.55 | $0.00 | $0.00 | $0.00 | $1,572.55 |
| 15 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>#XXX5563<br>Oklahoma City OK 731248840 | 10/03/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,170.77 | $13,170.77 | $0.00 | $0.00 | $0.00 | $13,170.77 |
| 16 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>#XXX7924<br>Oklahoma City OK 731248840 | 10/03/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,754.23 | $8,754.23 | $0.00 | $0.00 | $0.00 | $8,754.23 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>#XXX4623<br>Norfolk VA 23541 | 10/08/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,696.26 | $14,696.26 | $0.00 | $0.00 | $0.00 | $14,696.26 |

## CLAIM ANALYSIS REPORT

| Case No. | 12-31820-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | FINLEY, MARK G AND FINLEY, CYNTHIA A | | Date: | 3/20/2013 |
| Claims Bar Date: | 10/09/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $160,634.74 | $144,356.62 | $0.00 | $0.00 | $0.00 | $144,356.62 |

| | | |
|---|---|---|
| **Case No.** | 12-31820-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | FINLEY, MARK G AND FINLEY, CYNTHIA A | **Date:** 3/20/2013 |
| **Claims Bar Date:** | 10/09/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507( | $154.25 | $154.25 | $0.00 | $0.00 | $0.00 | $154.25 |
| General Unsecured 726(a)(2) | $142,518.50 | $142,518.50 | $0.00 | $0.00 | $0.00 | $142,518.50 |
| Real Estate - Consensual Liens | $16,278.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,645.01 | $1,645.01 | $0.00 | $0.00 | $0.00 | $1,645.01 |
| Trustee Expenses | $38.86 | $38.86 | $0.00 | $0.00 | $0.00 | $38.86 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-31820-DSO
Case Name: MARK G FINLEY
CYNTHIA A FINLEY
Trustee Name: Collene K. Corcoran

Balance on hand: $6,870.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | SunTrust Mortgage Inc | $16,278.12 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $6,870.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Collene K. Corcoran, Trustee Fees | $1,645.01 | $0.00 | $1,645.01 |
| Collene K. Corcoran, Trustee Expenses | $38.86 | $0.00 | $38.86 |

Total to be paid for chapter 7 administrative expenses: $1,683.87
Remaining balance: $5,186.96

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,186.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $154.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Michigan Department of Treasury | $154.25 | $0.00 | $154.25 |

Total to be paid to priority claims: $154.25
Remaining balance: $5,032.71

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $142,518.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | $1,139.99 | $0.00 | $40.25 |
| 3 | American Express Bank FSB | $2,674.97 | $0.00 | $94.46 |
| 4 | Nelnet | $54,900.00 | $0.00 | $1,938.67 |
| 5 | American Express Bank FSB | $6,550.97 | $0.00 | $231.33 |
| 6 | Capital One Bank (USA), N.A. | $2,112.54 | $0.00 | $74.60 |
| 7 | Capital One Bank (USA), N.A. | $786.02 | $0.00 | $27.76 |
| 8 | Asset Acceptance LLC | $2,657.68 | $0.00 | $93.85 |
| 9 | FIA CARD SERVICES, N.A. | $21,518.10 | $0.00 | $759.86 |
| 10 | PYOD, LLC its successors and assigns as assignee | $8,419.56 | $0.00 | $297.32 |
| 11a | Michigan Department of Treasury | $1,890.95 | $0.00 | $66.77 |
| 12 | RUSSELL COLLECTION | $35.48 | $0.00 | $1.25 |
| 13 | Capital One NA | $1,638.43 | $0.00 | $57.86 |
| 14 | Capital One NA | $1,572.55 | $0.00 | $55.53 |
| 15 | Citibank, N.A. | $13,170.77 | $0.00 | $465.10 |
| 16 | Citibank, N.A. | $8,754.23 | $0.00 | $309.14 |
| 17 | Portfolio Recovery Associates, LLC | $14,696.26 | $0.00 | $518.96 |

Total to be paid to timely general unsecured claims: $5,032.71
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |